

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Latasha James, Appellant

No. 06-16-00050-CV        v.

Thomas W. Krudewig, CRNA, PLLC,
Appellee

Appeal from the 71st District Court of Harrison County, Texas (Tr. Ct. No. 15-0689). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We further order that the appellant, Latasha James, pay all costs of this appeal.

RENDERED NOVEMBER 8, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk